JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YING JIAO YE,<br><br>        Petitioner,<br><br>    v.<br><br>LISA NORDHEIM,<br><br>        Respondents. | Case No. 2:18-cv-10072-JVS-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is DISMISSED without prejudice.

DATED: February 27, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE